No. 23-13448-D

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

                Plaintiff-Appellee,

v.

JELANI KAZMENDE,

                Defendant-Appellant.

_____

On appeal from the United States District Court
For the Northern District of Georgia
No. 1:22-CR-00236-SDG-CCB-1

_____

**DEFENDANT-APPELLANT'S MOTION TO VOLUNTARILY DISMISS APPEAL**

_____

                Sandra Michaels,
                Counsel for Appellant Jelani Kazmende

965 Virginia Avenue, N.E.
Atlanta, Georgia 30306
(404) 312-5781
SLMichaelsLaw@gmail.com
Georgia Bar No. 504104

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff-Appellee, | : Appeal No. 23-13448-D |
| v. | : |
| JELANI KAZMENDE, | : |
| Defendant-Appellant. | : |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to 11th Cir. R. 26.1-2(a), the following people and entities have an interest in the outcome of this appeal:

1. Bly, Christopher C., United States Magistrate Judge

2. Grimberg, Steven D., United States District Judge

3. Hertzberg, Theodore S., Assistant United States Attorney

4. Jeffords, Jr., Robert Louis, Co-Defendant

5. Jeffrey, Mark, former Defense Counsel for the Defendant/Appellant

6. Kazmende, Jelani, Defendant/Appellant

7. Macon, Lauren, Assistant United States Attorney

8. Martin, Wiley, Co-Defendant

9. Michaels, Sandra, Counsel for the Defendant/Appellant

10. Rafus, Devin, Retained Counsel for the Defendant/Appellant

11. United States of America, Appellee

No publicly traded company or corporation has an interest in the outcome of the case or appeal.

                                                *s/Sandra Michaels*
                                                SANDRA MICHAELS
                                                SLMichaelsLaw@gmail.com
                                                Georgia Bar No. 504014

965 Virginia Avenue, N.E.
Atlanta, GA  30306                   Counsel for Appellant
Ph: (404) 312-5781                  Jelani Kazmende
slmichaelslaw@gmail.com

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff-Appellee, | : | Appeal No. 23-13448-D |
| | : | |
| v. | : | |
| | : | |
| JELANI KAZMENDE, | : | |
| | : | |
| Defendant-Appellant. | : | |

## **DEFENDANT-APPELLANT'S MOTION TO VOLUNTARILY DISMISS APPEAL**

NOW COMES Counsel for Defendant-Appellant JELANI KAZMENDE and files this Motion to Voluntarily Dismiss Appeal, and shows as follows:

The Criminal Appeal in the above-styled case was docketed on October 17, 2023. CJA appointment was issued by this Court on October 19, 2023, to undersigned counsel. Undersigned counsel and Appellant Jelani Kazmende respectfully move the Court to voluntarily dismiss the appeal, pursuant to 11th Cir. R. 42-1(a). Appellant Kazmende has been informed of and consents to this Motion. Counsel for the Government has also been informed of and consents to this Motion.

[signature on next page]

4

WHEREFORE, Defendant-Appellant Jelani Kazmende respectfully requests this Motion to Voluntarily Dismiss Appeal be granted.

This 7th day of November, 2023.

            Respectfully submitted,

            *s/Sandra Michaels*
            SANDRA MICHAELS
            SLMichaelsLaw@gmail.com
            Georgia Bar No. 504014

965 Virginia Avenue, N.E.
Atlanta, GA 30306      Counsel for Defendant-Appellant
Ph: (404) 312-5781       Jelani Kazmende

## **CERTIFICATE OF COMPLIANCE AND SERVICE**

This Certificate complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type–style requirements of Fed. R. App. P. 32(a)(6), because it has been prepared in a proportionally spaced typeface using Microsoft Word word processing software in 14 point Times New Roman.

Counsel for Appellant served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

Counsel for Appellant has also served Appellant Jelani Kazmende at the following address:

>Jelani Kazmende
>USP Atlanta
>Reg No. 06641-510
>601 McDonough Blvd. SE
>Atlanta, GA  30315

This 7st day of November, 2023.

*s/Sandra Michaels*
SANDRA MICHAELS
SLMichaelsLaw@gmail.com
Georgia Bar No. 504014

965 Virginia Avenue, N.E.
Atlanta, GA  30306              Counsel for Appellant
Ph: (404) 312-5781              Jelani Kazmende
slmichaelslaw@gmail.com